UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WILLIAM TRANQUILLI,

          Plaintiff,

   v.

S/J CHANG ENTERPRISES, L.P.,

          Defendant.
_____/

NO. CIV. S-05-210 LKK

O R D E R

A Status Conference was scheduled for April 18, 2005, at 11:00 a.m., in the above-captioned case.  Plaintiff, however, has notified the court that defendant has not answered, and has requested that the court continue the Status Conference for sixty (60) days to allow plaintiff to serve defendant and to have the opportunity to investigate the facts further.  Good cause having been shown, this request is GRANTED. Accordingly, the court hereby ORDERS that:

    1.   The Status Conference scheduled for April 18, 2005 is CONTINUED to June 6, 2005 at 2:00 p.m.

1

1     2.  Counsel for plaintiff is directed to serve this order on
2  defendant with service of process.
3     3.  Both parties are reminded of their obligation to file and
4  serve status reports not later than ten(10) days preceding the
5  Status Conference.
6     IT IS SO ORDERED.
7     DATED:  April 19, 2005.

8                                  /s/Lawrence K. Karlton
                                   LAWRENCE K. KARLTON
9                                  SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT